IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TRANSAMERICA PREMIER LIFE INS. CO.,**

    Plaintiff,

v.                                                            Case No. 1:19-cv-110-AW-GRJ

**ANNIE COVERT, et al.,**

    Defendants.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's January 6, 2020 report and recommendation. ECF No. 29. No objections have been filed. I have determined that the report and recommendation should be adopted. It is now ordered:

1.     The magistrate judge's report and recommendation is approved and incorporated into this order.

2.     Plaintiff's Motion for Entry of Default and Default Judgment against Ahmand White and William Johnson, to Interplead Funds, and for Dismissal from this Action, ECF No. 24, is granted in part.

3.     The Clerk is directed to enter a default judgment against Defendants Ahmand White and William Johnson, foreclosing any claim either defendant may have to the interpleaded funds.

4.      Transamerica is directed to deposit the life insurance benefits for Policy No. 987A, Policy No. 2470, and Policy No. 3996, which insured decedent Theresa C. Nelson, plus any applicable interest, into the court registry by check payable to the Clerk of the United States District Court for the Northern District of Florida. The check must be sent to the Clerk's Office of the Gainesville Division within fourteen days of this order.

5.      Defendants Annie Covert, Destiny Covert, Cynthia Johnson, Sarah Manning, Ahmand White, and William Johnson, their officers, agents, servants, and attorneys and those in active concert or participation with them who receive actual notice of this order are enjoined from instituting any action or actions in any court against Transamerica arising out of or relating to any claim or claims with respect to the life insurance benefits for Policy No. 987A, Policy No. 2470, and Policy No. 3996, which insured decedent Theresa C. Nelson, and any applicable interest.

6.      Transamerica is dismissed from this action after it deposits the interpleaded funds, plus any applicable interest, into the court registry, and is fully and finally discharged from all further liability as to any and all claims arising out or relating to the life insurance benefits for Policy No. 987A, Policy No. 2470, and Policy No. 3996, which insured decedent Theresa C. Nelson.

7.      Transamerica's request for an award of its attorney's fees and costs deducted from the interpleaded funds deposited in the court registry is denied.

8. The matter is returned to the magistrate judge for further proceedings.

SO ORDERED on April 21, 2020.

                                                     s/ *Allen Winsor*
                                                     United States District Judge